DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Paulino 169 N.C. App. 458 | No. 253P05 | 1. Surety's (Aegis Security Ins. Co.) PDR Under N.C.G.S. § 7A-31 (COA04-749) <br><br> 2. Respondent's (Guilford County Board of Education) Motion to Deny PDR | 1. Denied 08/18/05 <br><br> 2. Dismissed as moot 08/18/05 |
|---|---|---|---|
| State v. Rascoe 170 N.C. App. 198 | No. 286P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1318) | Denied 08/18/05 |
| State v. Rodriguez 169 N.C. App. 844 | No. 325P05 | Surety's (Aegis Security Insurance Co.) PDR Under N.C.G.S. § 7A-31 (COA04-566) | Denied 08/18/05 |
| State v. Rogers 156 N.C. App. 119 | No. 165A84-5 | 1. Def's Petition for Writ of Habeas Corpus (COA02-149) <br><br> 2. Def's Motion to Dismiss | 1. Denied **08/05/05** <br><br> 2. Denied **08/05/05** |
| State v. Sanders 171 N.C. App. —— (21 June 2005) | No. 362P05 | AG's Motion for Temporary Stay (COA04-943) | Allowed 07/11/05 |
| State v. Trusell 170 N.C. App. 33 | No. 278P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-704) | Denied 08/18/05 |
| State v. Walker 170 N.C. App. 632 | No. 094P05-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-978) | Denied 08/18/05 |
| U.S. Cold Storage, Inc. v. City of Lumberton 170 N.C. App. 411 | No. 328P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-857) | Denied 08/18/05 |
| Whitehead v. Sparrow Enter., Inc. 167 N.C. App. 178 | No. 005P05 | 1. Plt's Motion for Temporary Stay (COA04-208) <br><br> 2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Denied 08/18/05 <br><br> 2. Denied 08/18/05 |
| Young v. Prancing Horse, Inc. 170 N.C. App. 699 | No. 329PA05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-727) | Allowed 08/18/05 |